IN THE DISTRICT COURT OF MARYLAND FOR MONTGOMERY COUNTY

ZULMA GOMEZ DE VELASQUEZ         :
1801 Chapman Avenue, Apt 157     :
Rockville MD 20852               :
                                 :
      Plaintiff          :
                                 :
vs.                              :  Case No. _____
                                 :
WASHINGTON METROPOLITAN          :
AREA TRANSIT AUTHORITY           :
Serve General Counsel: Patricia Lee, Esq.:
600 5th Street, NW               :
Washington, DC 20001             :
                                 :
      Defendant          :

## COMPLAINT

COMES NOW the Plaintiff, ZULMA GOMEZ DE VELASQUEZ, by and through counsel, and sues the Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, and for reasons states as follows:

1. On or about July 6, 2021, the Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, owned, operated, managed, or was otherwise responsible for the property located at 1600 Chapman Avenue, Rockville, Maryland, 20852, known as Twinbrook Metro Station.

2. On or about July 6, 2021, the Plaintiff, ZULMA GOMEZ DE VELASQUEZ, was walking in the premises located at or near 1600 Chapman Avenue, Rockville, Maryland.

3. At the same time and place aforesaid the Plaintiff, ZULMA GOMEZ DE VELASQUEZ, walked through an open ticket gate when it suddenly and without warning closed on the Plaintiff.

4. The Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, did carelessly and negligently maintain and operate the premises in such a way as to allow and cause the ticket gate to close on the Plaintiff suddenly and without warning, thereby creating a dangerous and/or hazardous condition for the Plaintiff, and others.

5. The Defendant, WASHINGTON METROPOLITAN AREA TRANSIT

AUTHORITY, by and through its agents, servants and/or employees knew, or in the exercise of due caution and diligence, should have known, that the aforesaid dangerous condition was then existing, and should have corrected same, and/or should have properly inspected the premises for such conditions, and should have warned the Plaintiff and other patrons of the dangerous condition.

6. At the time and place stated above, the Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, had duties to keep the premises free from dangerous conditions, to prevent defective and/or dangerous conditions, to remediate any dangerous or defective condition, and/or warn of any known or created dangers.

7. Notwithstanding said duties, the Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, recklessly, carelessly, and negligently maintained the premises in such a way as to allow the defective and/or dangerous condition to exist, which resulted in the accident and the Plaintiff's injuries.

8. The claimant's accident and injuries were proximately caused by Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY's, violation of the aforementioned duties.

9. As a direct and proximate result of the Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY's, negligence though it's actions and/or inactions, the Plaintiff was caused to suffer various painful, serious, and permanent injuries to her mind and body, which necessitated past, present and possible future medical care and attention at great expense, and the loss of time and earnings from her gainful employment, pain, suffering, inconvenience, loss of enjoying the quality of life which Plaintiff maintained prior to the accident, property damage, and other damages.

**WHEREFORE**, the Plaintiff, ZULMA GOMEZ DE VELASQUEZ, demands judgment against the Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, in the amount of Fifteen Thousand Dollars ($15,000.00), post-judgement interest, and costs.

Respectfully Submitted,

**LAW OFFICE OF ANDREW S. KASMER, P.C.**

/s/ W. Brown Holston
_____
W. Brown Holston, Esquire
Atty. No. #2007160007
4020 University Drive, Suite 501
Fairfax, VA 22030
(703) 385-1701 - telephone
(703) 385-1120 - facsimile
bholston@kasmerlaw.com
Counsel for Plaintiff

-3-

IN THE DISTRICT COURT OF MARYLAND FOR MONTGOMERY COUNTY

| | |
|---|---|
| ZULMA GOMEZ DE VELASQUEZ<br>1801 Chapman Avenue, Apt 157<br>Rockville MD 20852<br><br>      Plaintiff<br><br>vs.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>Serve General Counsel: Patricia Lee, Esq.:<br>600 5th Street, NW<br>Washington, DC 20001<br><br>      Defendant | :<br>:<br>:<br>:<br>:<br>:  Case No. _____<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MARYLAND RULE 1-313 CERTIFICATION

Undersigned counsel for the Plaintiff, hereby certifies that he is admitted to practice law in the Sate of Maryland and is in good standing with the Maryland Court of Appeals.

Respectfully Submitted,

**LAW OFFICE OF ANDREW S. KASMER, P.C.**

/s/ W. Brown Holston
_____
W. Brown Holston, Esquire
Atty. No. #2007160007
4020 University Drive, Suite 501
Fairfax, VA 22030
(703) 385-1701 - telephone
(703) 385-1120 - facsimile
bholston@kasmerlaw.com
Counsel for Plaintiff